

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-20-00396-CR

**EX PARTE TOMMIE CARTER**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5767A
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On January 5, 2021, this interlocutory accelerated appeal was formally submitted to this court for on-briefs consideration before a panel consisting of Justice Chapa, Justice Watkins, and Justice Rodriguez. On December 30, 2020, Appellant's retained counsel, Scott Maxwell Chapman, filed a motion for leave to withdraw, stating that "professional considerations" require his withdrawal. The motion complies with Rule 6.5 of the Texas Rules of Appellate Procedure, and appellant has not objected to the motion. Therefore, the motion is GRANTED.

This court has been informed that Vincent Dennis Callaghan has been appointed as appellant's trial counsel. We ORDER the clerk of this court to send all notices to trial counsel, Vincent Dennis Callaghan, and appellant at his last known address: Tommie Carter, Jr. SID# 1117364, Bexar County Adult Detention Center, 200 N. Comal Street, San Antonio, TX 78207.

It is so **ORDERED** January 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT